UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CV 17 - 4300**

Angelo Nesimi

_____
                Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**KUNTZ, J.**

JURY DEMAND

YES __X__   NO _____

-against-

122nd Precinct Narcotics Division,

Officers John Doe#1 & John Doe#2

Staten Island University Hospital &

Nurses & Doctors & its Agents,

BLOOM, M.J.

RECEIVED
JUL 14 2017
PRO SE OFFICE

_____
                Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff   Angelo Nesimi   BKC#541-17-00651

   If you are incarcerated, provide the name of the facility and address:
   1600 Hazen Street E.Elmhurst New York 11370.(O.B.C.C.)

   Prisoner ID Number:   541-17-00651

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

| | |
|---|---|
| Defendant No. 1 | John Doe#1 |
| | Full Name |
| | 122nd Precinct Narcotics Division |
| | Job Title |
| | 2320 Hylan Blvd Staten Island |
| | New York 10306 |
| | Address |
| Defendant No. 2 | John Doe#2 |
| | Full Name |
| | 122nd Precinct Narcotics Division |
| | Job Title |
| | 2320 Hylan Blvd Staten Island |
| | New York 10306 |
| | Address |
| Defendant No. 3 | John Doe#3 (Doctor) |
| | Full Name |
| | Staten Island University Hospital |
| | Job Title |
| | Doctor |

2

_____
Address

Defendant No. 4

John Doe#4 (Nurse)
Full Name

Staten Island University Hospital
Job Title

Nurse
_____

_____
Address

Defendant No. 5

_____
Full Name

_____
Job Title

_____

_____
Address

## II. Statement of Claim:

(State briefly and concisely, the **facts** of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need **not** give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Staten Island University Hospital.

When did the events happen? (include approximate time and date) April 1st 2015.

3

On April 1st 2015 the Narcotics Division From the 122nd Precinct arrested me and made me strip, During the strip search they made me bend over and seen nothing, which made them angry and they started inflicking blows to my midsection, cursing and screaming were is the drugs, The Narcotics Unit then escorted me to Staten Island University Hospital. Between the time i was transported till the time they took me to the Hospital a search warrant was suppossedly issued for a full cavity search of my rectum area, looking for a narcotic substance while cuffed. The Doctor & Nurse told me to bend over while the Officers were present in the room then told the Officers to go inside my rectum and grab out what they think was a drug. Before there arrival on the scene the Narcotics Officers went inside my rectum violently by tossing me on the bed holding me face down with both arms cuffed to the bed then injected me with 3 different drugs without X-Rays or asked me what I was allergic to, just in case the injections didnot agree with my system. While I was being injected and held down violently I passed out then woke up in alot of pain coming from my rectum area. I woke up only to be inbarresed by the same Officers from the 122nd Precinct Narcotics Unit who went in my rectum area violently.I Felt ripped apart --CONTINUE--

II.A. **Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

No Medical Treatment Only ~~Gave Petitioner~~ Tylonol and told him to rest, Injuries received by the Officers and Medical Staff consist of Rectum Pain, Mental and Physical Anguish, The Imbarrassment Petitioner indoored by being Sexually Assaulted will Damage Himself & his well being every day he wakes up and fear of Doctors & Nurses when in need of care.

(4)

and extremely violated. The Nurse did not give me pain meds or any care I asked for. Moments later from the pain and anxiety I suffered a seizure when I was shipped back over to 120th PCT and Rikers Island in the intake area in pain with little help and lots of embarressment, I felt as if the Officers sexually assaulted me and laughed at me wen I woke up, Like this was ammusing them. I am tramatized and had complications physically and mentally due to this horrific incident.

(5)

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

Plaintiff is requesting that these john doe Officers from the 122nd Precinct Narcotics division be brought up on charges or at the least suspended until further notice/Investigation without pay and Plaintiff is requesting Damages for Cruel & Unusual Punishment, Pain and Suffering and Sexual Harrassment he had to indoor by the Officers and Medical staff involved Petitioner is requesting damages Monitary, Punitive & Declatory releif & Suit a individual & Official Capacity in the Amount of $17,000,000.00

I declare under penalty of perjury that on __July 7th 2017__ (date), I delivered this complaint to prison authorities at __Angelo Nesim.__ (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __7/7/17__

_____
Signature of Plaintiff

__O.B.C.C.__
Name of Prison Facility or Address if not incarcerated

__1600 Hazen Street E. Elmhirst
New York 11370__
Address

__5411700651__
Prisoner ID#

rev. 12/1/2015

(6)