```
                                              FILED
                                       IN CLERK'S OFFICE
                                    US DISTRICT COURT E.D.N.Y.

                                       ★   JUL 2 7 2018   ★

                                         BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ANGELO NESIMI,

                Plaintiff,

    -against-

DETECTIVE MICHAEL RIVERA, *Shield #5055*,
SERGEANT KENNETH TYSDAL, *Shield #3827*,
DOCTOR RAUVAN AVERICK, NURSE BRITTNI
KALYUZHNY, DETECTIVE ANDREW FAGO,
*Shield #2171*, and DETECTIVE JOSEPH RYAN,
*Shield #6479*,

                Defendants.
-------------------------------------------------------------------X

**ORDER**
**17 CV 4300 (WFK)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated July 26, 2018, defendants' counsel writes to request a second extension of time to file the Mutual Protective Order with the Court. ECF No. 70. The request is granted. Defendants shall file the Mutual Protective Order with the Court by August 8, 2018, or sooner if defendants receive an executed order from plaintiff. If defendants do not receive an executed confidentiality order from plaintiff before that time, counsel shall bring the protective order to the Court's August 8, 2018 status conference for the parties to execute at that time.

SO ORDERED.

                                                           /S/
                                               LOIS BLOOM
                                               United States Magistrate Judge

Dated: July 27, 2018
       Brooklyn, New York