## DECLARATION OF SERVICE BY MAIL

        I, Christopher D. DeLuca, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on December 13, 2018, I served **the Court's Order Dated December 11, 2018, Docket Entry No. 93 and a Notice of Deposition** upon the following plaintiff *pro se* by depositing a copy of same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, as well as by email, directed to plaintiff at the addresses set forth below, being the addresses designated by plaintiff for that purpose:

Angelo Nesimi, *Plaintiff Pro Se*
65 Elmwood Park Drive
Apt. 1
Staten Island, New York 10314

angelo.n52485@gmail.com

Dated: New York, New York
       December 13, 2018

                                                  Christopher D. DeLuca
                                                  Senior Counsel
                                                  Special Federal Litigation Division