UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANGELO NESIMI,

           Plaintiff,                        JUDGMENT
                                                         17-CV-4300 (WFK) (LB)
    v.

DETECTIVE MICHAEL RIVERA, *Shield* #5055,
SERGEANT KENNETH TYSDAL, *Shield* #3827,
DOCTOR RAUVAN A VERICK, NURSE
BRITTNI KALYUZNY, DETECTIVE ANDREW
FAGO, *Shield* #2171, and DETECTIVE JOSEPH
RYAN, *Shield* #6479,

           Defendants.
-------------------------------------------------------------- X

    A Decision and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on August 12, 2019, adopting in its entirety the Report and Recommendation of Magistrate Judge Lois Bloom, dated February 4, 2019, dismissing this case; it is

    ORDERED and ADJUDGED that this case is dismissed.

Dated: Brooklyn, NY                                             Douglas C. Palmer
        August 13, 2019                                       Clerk of Court

                                                                By:    /s/*Jalitza Poveda*
                                                                          Deputy Clerk